**HODGES WALSH & BURKE, LLP**
ATTORNEYS AT LAW
55 CHURCH STREET, SUITE 211
WHITE PLAINS, NEW YORK 10601
___
(914) 385-6000
FAX (914) 385-6060
www.hwm-law.com



John J. Walsh II, Esq.
Direct E-Mail: jwalsh@hwb-lawfirm.com

July 22, 2025

Honorable Jessica G. L. Clarke,
United States District Court Judge
Southern District of New York
500 Pearl Street, Room 1040
New York, NY 10007

Re:  Spann v. City of Peekskill
     25 CIV 4373 (JGLC)

Your Honor:

Please accept this letter motion for a change of venue in this matter.

Rule 18 of the Southern District of New York Rules for the Division of Business Among District Judges states:

*(A) A civil case shall be designated for assignment to White Plains if:*
*(i) the claim arose in whole or in major part in the Northern Counties and at least one of the parties resides in the Northern Counties;*

A review of Plaintiff's Complaint shows that the incident at issue occurred in the City of Peekskill located in Westchester County. Though Plaintiff is presently incarcerated at the Westchester County Jail in Valhalla, the Complaint sets forth his address as 801 South Street in Peekskill.

The Officers involved in the arrest at issue are members of the City of Peekskill Police Department.

As such, it is respectfully requested that venue in this matter be transferred to White Plains.

HODGES WALSH & BURKE, LLP

Thank you for your attention.

Most respectfully yours,

*John J. Walsh*

John J. Walsh, Esq. (4092)

cc: Madison R. Spann (ID: 165876)
Westchester County Jail
10 Woods Road
P.O. Box 10
Valhalla, NY 10595

The application is DENIED as moot. The undersigned is a District Judge assigned to White Plains cases. Any conferences in this case will be held remotely or in person in Manhattan until the undersigned's physical relocation to White Plains. The Clerk of Court is respectfully directed to terminate ECF No. 23.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: July 23, 2025
       New York, New York