UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
MADISON R. SPANN,

                        Plaintiff,                    **ORDER**

    -against-                              25 Civ. 4373 (JGLC)(JCM)

JOHN DOE, *et al.*,

                        Defendants.
----------------------------------------------------------X

       On August 18, 2025, the Court scheduled an Initial Conference for September 11, 2025. Plaintiff did not appear at that conference, and the Court rescheduled it to September 29, 2025. Plaintiff appeared on September 29, 2025. At that conference, the Court directed Plaintiff to update the Court with his new address, and scheduled a Telephone Conference for October 27, 2025 at 10:30 a.m. However, Plaintiff did not appear at the October 27, 2025 conference, nor did he contact the Court to request an adjournment or otherwise notify the Court of an inability to attend the conference. In addition, Plaintiff has not provided his new address to the Court.

       Accordingly, Plaintiff is directed to file a letter with the Court by November 7, 2025, explaining in writing (1) why he failed to appear at the October 27, 2025 Telephone Conference; and (2) why he should not be sanctioned for failing to appear.[1]

       Plaintiff is further directed to immediately comply with the Court's September 29, 2025 direction to provide his current address to the Court.

       Lastly, the Court has scheduled a Telephone Conference for November 13, 2025 at 11:00 a.m. Participants shall call 855-244-8681 and enter access code 1800490580 at the time of the conference. Plaintiff is reminded of his affirmative duty to diligently prosecute this action under

---

[1] Pursuant to Rule 16 of the Federal Rules of Civil Procedure, the Court may issue sanctions, "including those authorized by Rule 37(b)(2)(A)(ii)-(vii), if a party or its attorney . . . fails to appear at a scheduling or other pretrial conference." Fed. R. Civ. P. 16(f)(1)(A).

Rule 41(b) of the Federal Rules of Civil Procedure. Plaintiff's failure to follow Court orders or to appear at the next conference may result in sanctions, including, but not limited to, dismissal of his case for failure to prosecute.

Dated: October 27, 2025
White Plains, New York

SO ORDERED:

*[signature]*

JUDITH C. McCARTHY
United States Magistrate Judge