UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MADISON R. SPANN,

                            Plaintiff,                       **ORDER**

           -against-                                     25 Civ. 4373 (JGLC)(JCM)

JOHN DOE, *et al.*,

                          Defendants.
------------------------------------------------------------X

       On October 27, 2025, the Court issued an Order directing Plaintiff to explain his failure to appear at the October 27, 2025 Telephone Conference and adjourning that conference to November 13, 2025 at 11:00 a.m. (Docket No. 39). Plaintiff did not appear at the November 13, 2025 conference, nor did he contact the Court to request an adjournment or otherwise notify the Court of an inability to attend the conference.

       Accordingly, Plaintiff is directed to file a letter with the Court by December 1, 2025, explaining in writing (1) why he failed to appear at the October 27, 2025 and November 13, 2025 Telephone Conferences; and (2) why he should not be sanctioned for failing to appear.[1]

       Lastly, the Court has scheduled a Telephone Conference for December 12, 2025 at 11:30 a.m. Participants shall call 855-244-8681 and enter access code 1800490580 at the time of the conference. Plaintiff is reminded of his affirmative duty to diligently prosecute this action under Rule 41(b) of the Federal Rules of Civil Procedure. Plaintiff's failure to follow Court orders or to appear at the next conference may result in sanctions, including, but not limited to, dismissal of his case for failure to prosecute.

---

[1] Pursuant to Rule 16 of the Federal Rules of Civil Procedure, the Court may issue sanctions, "including those authorized by Rule 37(b)(2)(A)(ii)-(vii), if a party or its attorney . . . fails to appear at a scheduling or other pretrial conference." Fed. R. Civ. P. 16(f)(1)(A).

- 2 -

The Clerk is respectfully directed to mail a copy of this Order to the *pro se* Plaintiff at the following addresses: (1) 801 South Street, Apt. 4B, Peekskill, NY 10566 and (2) Westchester County Jail, 10 Woods Rd., PO Box 10, Valhalla, NY 10595.

Dated:   November 13, 2025
          White Plains, New York

**SO ORDERED:**

_____
JUDITH C. McCARTHY
United States Magistrate Judge